UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RYAN ROBINSON,

Plaintiff,

v.

JAMES DZURENDA,

Defendant.

Case No.: 2:26-cv-00142-GMN-BNW

ORDER

On January 20, 2026, pro se plaintiff Ryan Robinson, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document titled "preliminary injunction." ECF No. 1-1. Plaintiff's initiating document does not constitute a complaint. And Plaintiff has neither paid the full $405 filing fee for this action nor applied to proceed *in forma pauperis*. *See* ECF No. 1. The Court will grant Plaintiff an extension of time to file a signed complaint and either pay the full filing fee or apply for pauper status.

**I.      DISCUSSION**

**A.      Plaintiff must file a signed complaint.**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

**B.      Plaintiff must either pay the filing fee or apply for pauper status.**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an NDOC inmate to apply for *in forma pauperis* status, the inmate must submit

a completed application to proceed *in forma pauperis* on this Court's approved form by an inmate in NDOC custody, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3. *See* 28 U.S.C. §§ 1914, 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**II.      CONCLUSION**

IT IS THEREFORE ORDERED that on or before February 27, 2026, Plaintiff must submit a signed complaint to this Court.

IT IS FURTHER ORDERED that, on or before February 27, 2026, Plaintiff must either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and either pay the required filing fee or file a complete application to proceed *in forma pauperis*.

The Clerk of the Court is instructed to send Plaintiff: (a) the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody with instructions; and (b) the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED:   January 23, 2026

_____
UNITED STATES MAGISTRATE JUDGE

2