UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RYAN ROBINSON,

Plaintiff

v.

JAMES DZURENDA,

Defendant

Case No. 2:26-cv-00142-GMN-BNW

ORDER

On January 23, 2026, the Court ordered Plaintiff to file a complaint and to either pay the full filing fee or file an application to proceed *in forma pauperis* ("IFP") by February 27, 2026. (ECF No. 3). Plaintiff filed an IFP but did not file a complaint. (ECF No. 4). The Court grants Plaintiff an extension of time to file a complaint.

It is ordered that Plaintiff will file a complaint **on or before April 3, 2026**.

It is further ordered that, if Plaintiff fails to file a complaint by the deadline, the Court will recommend dismissal.

The Clerk of the Court is instructed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED: March 3, 2026.

_____
UNITED STATES MAGISTRATE JUDGE